

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-16-00133-CV

James Clinton **COYLE**,
Appellant

v.

**COYLE FAMILY FARM, INC.**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 3208
Honorable Vivian Torres, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

The appellee's unopposed motion for extension of time to file motion for en banc reconsideration is hereby GRANTED. Time is extended to August 25, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk